IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| LOIS MAE CHANCE,<br><br>Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner,<br>Social Security Administration,<br><br>Defendant. | No. 4:21cv00023-JM-JJV |

## ORDER AND JUDGMENT

Defendant filed an unopposed[1] Motion to Reverse and Remand this case (Doc. No. 20) pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand to conduct further proceedings and opposing counsel has reported to the Court he has no objection to the requested remand. Under the circumstances, a "sentence four" remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, the Commissioner's decision is reversed and remanded for action consistent with this opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 28th day of March 2022.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties confirmed this motion is *unopposed* and the Motion incorrectly stated "opposed."