IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LOIS MAE CHANCE**                                                                                      **PLAINTIFF**
v.                                              No. 4:21-cv-23—JM-JJV
**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                             **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Doc. 22).  This motion is GRANTED.  Pursuant to the EAJA, Plaintiff is awarded reasonable attorney's fees and expenses in the amount of $5,383.38.  Payment should be made to Lois Mae Chance and mailed to her in care of her attorney, Nicholas L. Coleman, at P.O. Box 1470, Bentonville, AR 72712.

DATED this 31st day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE